

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2015

No. 04-15-00554-CV

Kathleen **BARRACO**,
Appellant

v.

**LEVY TOWNHOUSE OWNERS ASSOCIATION, INC.**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-19385
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

On October 14, 2015, this court dismissed this appeal for want of prosecution. On October 29, 2015, Appellant filed a motion for rehearing to reinstate the appeal. *See* TEX. R. APP. P. 49.1.

The panel has considered Appellant's motion for rehearing and Appellee's response; the motion is GRANTED. *See id.* R. 49.3. We withdraw our opinion and judgment of October 14, 2015, and reinstate this appeal on the court's docket.

Appellant's brief is due within THIRTY DAYS of the date of this order. *See id.* R. 38.6(a).

It is so **ORDERED** on November 25, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court